**EXHIBIT C: List of AMCOR Partnership Cases**

1. Richard J. Carota v. United States, Fed. Cl. No. 01-305 T (LMB);
2. Robert H. and Joan C. Donaldson v. United States, Fed. Cl. No. 01-386 T (LB);
3. William W. Winternitz and Madeleine M. Hill v. United States, Fed. Cl. No. 01-404 T (LB);
4. John Y. and Josephine J. Glass v. United States, Fed. Cl. No. 01-575 T (LMB);
5. Morris A. and Ann M. Weiner v. United States, Fed. Cl. No. 01-623 T (JFM);
6. Richard E. and Heather H. Dahlberg v. United States, Fed. Cl. No. 01-720 T (VJW);
7. John J. and Linda E. Vigliotta v. United States, Fed. Cl. No. 02-13 T (MCW);
8. Robert B. and Nancy L. Wood v. United States, Fed. Cl. No. 02-56 T (EJD);
9. Nassif J. Cannon and Gail F. Barber v. United States, Fed. Cl. No. 02-61 T (RHH);
10. Lewis C. and Sonia C. Ganter v. United States, Fed. Cl. No. 02-248 T (LMB);
11. Helen R. Pineo v. United States, Fed. Cl. No. 02-401 T (BAF);
12. John G. and Gretchen G. Schuler v. United States, Fed. Cl. No. 02-432 T (JFM);
13. Larry A. Marshall and Mary S. LeMieux Marshall v. United States, Fed. Cl. No. 02-474 T (BAF);
14. Richard J. and Barclay L. Bolen v. United States, Fed. Cl. No. 02-696 T (RHH);
15. E. Lisk Wyckoff, Jr. v. United States, Fed. Cl. No. 02-772 T (MMS);
16. Lloyd T. and Mary Ann Whitaker v. United States, Fed. Cl. No. 02-795 T (TCW);
17. Carmen C. and Emily Mastropieri v. United States, Fed. Cl. No. 02-910 T (LB);
18. Mark A. and Ellen S. Koretz v. United States, Fed. Cl. No. 02-912 T (LJB);
19. Thomas E. and Elinor B. Jones v. United States, Fed. Cl. No. 02-1079 T (EJD);
20. David W. and Jane H. Lewis v. United States, Fed. Cl. No. 02-1080 T (JFM);
21. Velusami and Purani A. Arumugam v. United States, Fed. Cl. No. 02-1395 T (ECH);
22. Charanjit Singh Dhillon and Mandy K. Dhillon, Fed. Cl. No. 02-1477 T (RHH);
23. Stanley C. and Ruth A. Sperling v. United States, Fed. Cl. No. 02-1523 T (BAF);
24. Gordon W. and Elizabeth K. Ludwig v. United States, Fed. Cl. No. 02-1730 T (MMS);
25. Ira H. and Jane E. Barry, et al. v. United States, Fed. Cl. No. 03-200 T (MMS);
26. Robert and Lila T. Ehrenbard v. United States, Fed. Cl. No. 03-1559 T (MCW);
27. C. Palmer and Phyllis B. Jones v. United States, Fed. Cl. No. 03-2229 T (VJW);
28. Robert G. and Bernice V. Martin v. United States, Fed. Cl. No. 03-2272 T (VJW);
29. William D. and Sarah M. Montgomery v. United States, Fed. Cl. No. 03-2273 T (MCW);
30. Richard D. and Darline Johnson v. United States, Fed. Cl. No. 03-2339 T (VJW);
31. Robert H. and Joan C. Donaldson v. United States, Fed. Cl. No. 03-2875 T (MCW);
32. Tommy V. and Jacqueline L. Clinton v. United States, Fed. Cl. No. 04-0116 T (RHH);
33. Charles N. and Lynne K. D'Huyvetter v. United States, Fed. Cl. No. 04-0117 T (VJW);
34. Elise R. Goldman, Individually and Elise R. Goldman, Independent Executrix of the Estate of Morton J. Goldman v. United States, Fed. Cl. No. 04-0123 T (CCM);
35. Richard F. and Joan D. Hatton v. United States, Fed. Cl. No. 04-0127 T (BAF);
36. J. Drayton and Fernanda Hastie v. United States, Fed. Cl. No. 04-291 T (RHH);
37. John E. and Anne R. Kettle v. United States, Fed. Cl. No. 04-683 T (MBH) (and cases consolidated therewith, George W. Plowman, Individually and as Personal Representative of the Estate of Elizabeth Plowman v. United States, Fed. Cl. No. 05-695

T; John Y. and J. Jean Glass v. United States, Fed. Cl. No. 05-696 T; Louis A. Mitchell and Carol J. Mitchell v. United States, Fed. Cl. No. 05-1074 T; Mark W. Brandsted and Pamela S. Brandsted, Fed. Cl. No. 05-1315 T; Raymond W. Weidemann and Joan C. Weidemann v. United States, Fed. Cl. No. 05-1384 T);

38. H. Dean Cox et. al. v. United States, Fed. Cl. No. 04-709 T (NBF);
39. Jesse W. and Patricia M. Crocker v. United States, Fed. Cl. No. 04-903 T (VJW);
40. Stanley J. and Arvilla B. Johnson v. United States, Fed. Cl. No. 04-908 T (EJD);
41. Larry E. and Peggy A. Tanner v. United States, Fed. Cl. No. 04-1066 T (RHH);
42. Robert J. and Evelyn M. Davison v. United States, Fed. Cl. No. 04-1112 T (ECH);
43. Jeffrey T. Scuteri v. United States, Fed. Cl. No. 04-1160 T (LB);
44. Jonathan D. Penni v. United States, Fed. Cl. No. 04-1161 T (EJD);
45. Donald A. and Barbara J. Lyon v. United States, Fed. Cl. No. 04-1324 T (EJD);
46. Charles M. and Harriett A. Schnepp v. United States, Fed. Cl. No. 04-1709 T (CFL);
47. Gene E. and Kathy V. Huebner v. United States, Fed. Cl. No. 04-1742 T (MCW);
48. William H. and Ruby G. Schell v. United States, Fed. Cl. No. 04-1743 T (VJW);
49. Scott A. and Karen A. Malouf v. United States, Fed. Cl. No. 04-1744 T (EJD);
50. Hugh J. and Irene F. McMenamin v. United States, Fed. Cl. No. 04-1745 T (EGB);
51. John Farneti, Jr. and Jerry A. Farneti v. United States, Fed. Cl. No. 04-1760 T (ECH);
52. Kenneth L. and Jennifer H. Kraemer v. United States, Fed. Cl. No. 04-1761 T (CCM);
53. Bill G. and Katherine Chapman v. United States, Fed. Cl. No. 04-1762 T (JPW);
54. Paul G. and Elaine S. Marks v. United States, Fed. Cl. No. 04-1763 T (JFM);
55. Jerome J. and Velma T. Ungs v. United States, Fed. Cl. No. 04-1764 T (TCW) (and case consolidated therewith, Jerome J. Ungs and Velma T. Ungs v. United States, Fed. Cl. No. 06-137 T);
56. Michael D. and Nancy E. Henderson v. United States, Fed. Cl. No. 04-1765 T (LMB);
57. William H. Horsley v. United States, Fed. Cl. No. 04-1766 T (VJW);
58. H. Doug and Mary Rutherford v. United States, Fed. Cl. No. 04-1767 T (RHH);
59. George O. McDaniel, Jr. and Margaret M. McDaniel v. United States, Fed. Cl. No. 04-1788 T (RHH);
60. Joseph F. Penni, Executor for the Estate of Samuel L. Penni v. United States, Fed. Cl. No. 04-1818 T (ECH);
61. James J. and Dorothy M. Prendergast v. United States, Fed. Cl. No. 04-1819 T (VJW);
62. Robert E. and Jean L. Geurkink v. United States, Fed. Cl. No. 05-24 T (VJW);
63. William C. and Patricia W. Sadd v. United States, Fed. Cl. No. 05-25 T (ECH);
64. G. Dale and Loretta A. Whittington v. United States, Fed. Cl. No. 05-220 T (CCM);
65. Charles H. and Kay A. Johnson v. United States, Fed. Cl. No. 05-221 T (LMB);
66. Thomas C. and Lucy Hall v. United States, Fed. Cl. No. 05-222 T (EGB);
67. Curtis L. and Doris W. Ivey v. United States, Fed. Cl. No. 05-223 T (CFL);
68. Martin J. Kirwan v. United States, Fed. Cl. No. 05-489 T (TCW);
69. Edward H. and Billie F. Miller, et al. v. United States, Fed. Cl. No. 05-508 T (BAF);
70. Walter S. and Patricia J. Roberts v. United States, Fed. Cl. No. 05-564 T (CFL);
71. James H. Hubbell v. United States, Fed. Cl. No. 05-565 T (ECH);
72. Purani and Velusani Arumugam v. United States, Fed. Cl. No. 05-627 T (LAS);
73. Elwood J. and Janice L. LeBlanc v. United States, Fed. Cl. No. 05-743 T (FMA);
74. James P. Hackett, III and MarySue Hackett v. United States, Fed. Cl. No. 05-758 T (JPW);

75. Gerald and Kathy Meunier v. United States, Fed. Cl. No. 05-880 T (EGB);
76. Donald L. Six, Jr. and Mary M. Six v. United States, Fed. Cl. No. 05-908 T (LAS);
77. William K. And Shirley J. Durr v. United States, Fed. Cl. No. 05-932 T (VJW);
78. John B. and Georgene T. Morris v. United States, Fed. Cl. No. 05-933 T (NBF);
79. Robert L. and Joan R. Gilbertson v. United States, Fed. Cl. No. 05-934 T (LB);
80. Ettelson and Mary Ann Ettelson v. United States, Fed. Cl. No.05-1004T (RHH);
81. Mark K. Glasser and Carol J. Glasser (and Robert Q. Lewis and Susan A. Lewis) v. United States, Fed. Cl. No. 05-1141 T (ECH);
82. W. Keith and Margaret E. Oehlschlager v. United States, Fed. Cl. No. 05-1144 T (MMS);
83. Robert E. and Jean L. Geurkink v. United States, Fed. Cl. No. 05-1145 T (LAS);
84. Alex Golbuff and Susan Golbuff v. United States, Fed. Cl. No. 05-1224 T (MCW);
85. Bill G. Chapman and Katherine Chapman v. United States, Fed. Cl. No. 05-1225 T (EGB);
86. Charles M. Atkinson and Kimera S. Copeland v. United States, Fed. Cl. No. 05-1249 T (LJB);
87. Alfredo Sardinas and Gabriela Sardinas v. United States, Fed. Cl. No. 05-1250 T (EGB);
88. Joseph Keefe and Marguerite Keefe v. United States, Fed. Cl. No. 05-1402 T (LJB);
89. Ralph B. Bailey and Dianne L. Bailey v. United States, Fed. Cl. No. 06-39 T (RHH);
90. Harold C. Perkins and Alayne M. Perkins v. United States, Fed. Cl. No. 06-51 T (SGB);
91. Robert E. Anderson and Marguerite M. Anderson v. United States, Fed. Cl. No. 06-53 T (ECH);
92. Robert G. Martin and Bernice V. Martin v. United States, Fed. Cl. No. 05-1251 T (MCW);
93. Mark Blinder and Laurie A. Blinder v. United States, Fed. Cl. No. 06-52 T (VJW);
94. Robert W. Frangooles and Betty Lou Frangooles v. United States, Fed. Cl. No. 06-93 T (LJB);
95. Thomas R. Lumpkin and Jean P. Lumpkin v. United States, Fed. Cl. No. 06-94 T (LMB).