IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-56 T

(Chief Judge Edward J. Damich)

ROBERT B. WOOD and NANCY L. WOOD,

Plaintiffs

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

Relevant to the Court's Order [Doc. #18] dated January 14, 2003, the parties, through their attorneys, provide the following progress report on *Kenneth C. Keener v. United States,* Fed. Cl. No. 03-2028 T and *William P. Smith, Jr. and Anne D. Smith v. United States,* Fed. Cl. No. 04-907 T. On April 18, 2007, Judge Allegra issued an opinion in *Keener* and *Smith*, granting defendant's partial motion to dismiss for lack of jurisdiction taxpayers' period of limitations and tax motivated interest claims. A copy of the decision is attached. Under the decision, the Court lacks subject matter jurisdiction over plaintiffs' period of limitations and tax motivated interest claims.

Plaintiffs' attorneys intend to move for reconsideration before this Court and appeal the decision to the Federal Circuit. Accordingly, the parties propose the Court wait until final appellate action, before dismissing plaintiffs' period of limitation and tax motivated interest claims.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

5/01/2007 s/Thomas E. Redding by s/Bart D. Jeffress
Date

THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

5/01/2007 s/Bart D. Jeffress
Date

BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

5/01/2007 s/Steven I. Frahm
Date

Of Counsel

Attorneys for Defendant