# In the United States Court of Federal Claims

No. 02-56 T
(Filed: June 22, 2007)

****************************************
**ROBERT B. WOOD and NANCY L. WOOD** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

On June 20, 2007, the parties filed a joint status report. In the report, the parties note the recent decision by the U.S. Supreme Court in *Hinck v. United States*, 127 S.Ct. 2011 (2007), holding that 26 U.S.C. § 6404(h) grants exclusive subject matter jurisdiction to the Tax Court to review denials of interest abatement by the IRS. Therefore, the parties request that the Court dismiss Plaintiffs' interest abatement claims.

The Court hereby DISMISSES the portion of Plaintiffs' claims directed to abatement of interest pursuant to 26 U.S.C. § 6404.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge