IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 02-56 T

(Chief Judge Edward J. Damich)

ROBERT B. WOOD and NANCY L. WOOD,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT

**I. Opening Joint Statement:**

Pursuant to the Court's Order [Doc. #18] dated January 14, 2003, the parties, through their attorneys, advise the Court of the decision rendered in the representative AMCOR case *Prati v. U.S.*, Fed. Cl. No. 02-60 T [Doc. #87]. On April 16, 2008, Judge Block issued an opinion and order, granting defendant's motions to dismiss for lack of jurisdiction taxpayers' claims regarding period of limitations, tax motivated interest, and abatement of interest, and ordering all claims in *Prati* be dismissed and 76 other related AMCOR cases be dismissed.

Under the *Prati* decision, as under the prior decision in *Keener v. U.S.*, 76 Fed. Cl. 455 (2007), the Court lacks subject matter jurisdiction over plaintiffs' period of limitations and §6621(c) tax motivated interest claims. (The Court previously dismissed plaintiffs' interest abatement claims, per the Supreme Court's decision in *Hinck v. U.S.*, 127 S.Ct. 2011 (2007). *See* Doc. #27.).

**II. Plaintiffs' Additional Statement:**[1]

There is a split on the §6621(c) penalty interest jurisdictional issue in the Court of Federal Claims that will more than likely be decided by the outcome of the appeal in *Keener*. In a different set of partnership cases, the Elektra cases, Judge Lettow held that this court does have jurisdiction over §6621(c) penalty interest claims based on the same arguments raised by the government in *Keener* and *Prati*. *McGann v. U.S.*, 76 Fed.Cl. 745 (2007). Judge Lettow is currently in the process of addressing the merits of the taxpayers' §6621(c) penalty interest claims. Therefore, his *McGann* opinion is not yet ripe for appeal.

Moreover, there is a split on the §6621(c) penalty interest jurisdictional issues between this Court and the district courts of the Fifth Circuit. Two independent district courts have rejected the government's jurisdictional arguments in another AMCOR case and another Elektra case. *Mellina v. United States,* 518 F.Supp.2d 825, 829 (N.D.Tex.2007)(AMCOR) and *Bartimmo v. U.S.*, 525 F.Supp.2d 879 (S.D.Tex.,2007)(Elektra). The government appealed those decisions but later voluntarily dismissed those appeals. *Mellina v. United States,* Docket No. 07-11302 in the Fifth Circuit and *Bartimmo v. United States*, Docket No. 08-20060 in the Fifth Circuit. The government later conceded the same §6621(c) penalty interest jurisdictional issues in another case pending in the Southern District of Texas. *Kapusta v. United States,* Docket No. 03-3929.

Plaintiffs' attorneys here represent the taxpayers in the other cases referenced in this report and have appealed the *Keener* decision, including the issue of this Court's subject matter jurisdiction over §6621(c) tax motivated interest claims to the Federal Circuit, where plaintiffs'

[1] Defendant does not agree with plaintiffs' additional statement and also considers it to be unnecessary and inappropriate argument for a joint status report.

attorneys believe any conflict with *McGann* as to jurisdiction will be resolved.

**III. Closing Joint Statement and Proposal:**

Plaintiffs' attorneys appealed the *Keener* decision to the Federal Circuit and have filed an appellant brief. The Government's appellee brief is currently due in May 2008. In addition, plaintiffs' attorneys intend either to appeal the *Prati* decision and the 76 related cases dismissed with *Prati*, and/or to pursue a course of action that would permit *Prati* and/or the 76 related cases to be held in abeyance pending the outcome of the *Keener* appeal.

Accordingly, the parties propose the Court wait until final appellate action in *Keener* and *Prati*, before dismissing plaintiffs' period of limitation and tax motivated interest claims.

Plaintiffs' attorney has authorized defendant's attorney to sign this joint status report on his behalf.

Respectfully submitted,

4/23/2008 s/Thomas E. Redding by s/Bart D. Jeffress
Date THOMAS E. REDDING
Redding & Associates, P.C.
2914 W.T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (fax)

Attorney for Plaintiffs

4/23/2008 s/Bart D. Jeffress
Date BART D. JEFFRESS
Attorney of Record
U.S. Department of Justice, Tax Division
Court of Federal Claims Section
Post Office Box 26, Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6496
(202) 514-9440 (fax)

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

4/23/2008 s/Steven I. Frahm
Date Of Counsel

Attorneys for Defendant